IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONER YILMAZ, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>-against-<br><br>LIMAN TRADING, INC. d/b/a LIMAN RESTAURANT, LIMAN RESTAURANT, INC., and YUSIF BASUSTA, Jointly and Severally,<br><br>       Defendants. | ECF Case<br><br>14 Civ. 00163 (NGG) (RML)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: New York, New York
   September 22, 2014

_____
Brent E. Pelton, Esq.
Pelton & Associates, P.C.
Attorneys for Plaintiff
111 Broadway, Suite 1503
New York, NY 10006
(212) 385-9700

_____
Brian G. Klein, Esq.
FRANKLIN, GRINGER & COHEN, P.C.
Attorneys for Defendants
666 Old Country Road, Suite 202
Garden City, New York 11530
(516) 228-3131

So ordered.
s/Nicholas G. Garaufis
9/23/14